IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ELISA HASTINGS**                                                                                    **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO. 3:20CV060-GHD-JMV**

**NATIONWIDE AFFINITY INSURANCE COMPANY
OF AMERICA, AS UNINSURED MOTORIST
INSURANCE CARRIER FOR ELISA HASTINGS,
AND CHARLES HASTINGS**                                      **DEFENDANTS**

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

This cause having come before the Court on joint motion of Plaintiff, Elisa Hastings ("Plaintiff"), and Defendants, Nationwide Affinity Insurance Company of America and Charles Hastings, for entry of an Agreed Final Judgment of Dismissal with Prejudice, and the Court having heard and considered said motion, and having been advised that all claims of Plaintiff in this matter have been fully and finally compromised and settled, Plaintiff having received full accord and satisfaction therefor, finds the motion to be well taken.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause shall be and is hereby fully, finally and completely dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the __8th__ day of August, 2022.

_____
SENIOR U.S. DISTRICT JUDGE